IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOE RANDLL YORK                                                                                      PLAINTIFF

v.                                                    4:16CV00754-JTK

GURLY                                                                                              DEFENDANT

## MEMORANDUM AND ORDER

Plaintiff filed this pro se action pursuant to 42 U.S.C. § 1983 while incarcerated at the Faulkner County Detention Center (Doc. No. 1). On February 13, 2017, a letter sent to Plaintiff by the Court was returned as undeliverable (Doc. No. 13). On February 14, 2017, this Court directed Plaintiff to notify it of his current address and his intent to continue prosecution of this action within thirty days of the date of the Order, and warned him that failure to respond would result in the dismissal of this action for failure to prosecute (Doc. No. 14). The copy of that Order sent to Plaintiff at his last-known address was returned to the Court as undeliverable on February 22, 2017 (Doc. No. 15).

Rule LR5.5(c)(2) of the Rules of the United States District Courts for the Eastern and Western Districts of Arkansas provides as follows:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case and to prosecute or defend the action diligently . . . . If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. . . .

In light of Plaintiffs' failure to respond to the Court's February 14, 2017 Order, or to notify the Court of his new address, the Court will dismiss the Complaint without prejudice. Accordingly,

1

IT IS, THEREFORE, ORDERED that Plaintiff's Complaint against Defendant is DISMISSED without prejudice.

An appropriate Judgment shall accompany this Memorandum and Order.

IT IS SO ORDERED this 15th day of March, 2017.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE